UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEE CHAN CHOI,

               Plaintiff,

  -against-

JEONG-WHA KIM,
TAE-UK HA,
HYUNG-YUN KIM and
JANE DOE KIM,

               Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4693 (ILG)

      An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on December 7, 2006, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated November 9, 2006; vacating the entry of default against defendants Jeong- Wha Kim and Tae-Uk Ha; and dismissing the complaint with prejudice; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted in its entirety; that the entry of default against defendants Jeong -Wha Kim and Tae-Uk Ha is vacated; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, New York
       February 13, 2007

                                                     /s/
                                           ROBERT C. HEINEMANN
                                           Clerk of Court